

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,247-01

### EX PARTE JOSEPH BRIAN EDINBYRD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W00-23208-H(A) IN CRIMINAL DISTRICT COURT NO. 1
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court is incomplete. The indictment, guilty-plea papers and admonishments, order of deferred adjudication probation, motion to adjudicate, and judgment adjudicating guilt were not forwarded to this Court with the habeas record.

The district clerk shall forward the above documents to this Court.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed:     January 27, 2021
Do not publish